IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:23cr30-MHT
                            )             (WO)
MARQUIS SHAWN MCKEITHEN     )
```

SUPPLEMENTAL ORDER ON
TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 72 days of the commencement of supervised release, the United States Probation Office, with assistance from defense counsel, shall arrange for defendant Marquis Shawn McKeithen to receive a comprehensive mental-health evaluation by a psychologist or psychiatrist who can provide a detailed written report to the court on the subjects below. The evaluation shall include appropriate diagnostic testing; assess whether defendant McKeithen had any adverse childhood experiences that are affecting his current behavior and mental

health, and if so, what treatment approaches are recommended to address any lingering impacts of those experiences; identify any mental-health (including substance-use) disorders he experiences, and what treatment, including specific treatment modalities, are recommended to address any disorders; discuss his history and risk of domestic violence; and recommend treatment and supportive programs/services to assist him in complying with the terms of supervised release and avoiding further criminal activity. The United States Probation Office shall file the evaluator's report with the court under seal.

(2) The United States Probation Office shall ensure that, prior to the evaluation, the evaluator receives a copy of the psychosocial mitigation assessment report authored by Fran McKoy. *See* Report (Doc. 171-1).

DONE, this the 23rd day of August, 2024.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE