IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 2:23-cr-00030-MHT |
| ) | (WO) |
| MARQUIS SHAWN MCKEITHEN, ) | |
| KALLISA ANN MENDENHALL, and ) | |
| JON'DERIUS LASHON SCOTT ) | |

**FINAL ORDER OF FORFEITURE**

Before the court is the government's motion for a final order of forfeiture (Doc. 189) filed on August 28, 2024.

On May 19, 2023, this court entered an amended preliminary order of forfeiture (Doc. 74) ordering defendant Jon'Derius Lashon Scott to forfeit his interest in a Sig Sauer (SIG-ARMS), model P320 M17, 9mm pistol, bearing serial number M17-058796; a Taurus, model G3, 9mm pistol, bearing serial number ACA480851; and miscellaneous ammunition.

On June 6, 2023, this court entered a preliminary order of forfeiture (Doc. 84) ordering defendant Kallisa Ann Mendenhall to forfeit her interest in a Sig Sauer (SIG-ARMS), model P320 M17, 9mm pistol, bearing serial number M17-058796; a Taurus, model G3, 9mm pistol, bearing serial number ACA480851; and miscellaneous ammunition.

On January 8, 2024, this court entered a preliminary order of forfeiture (Doc. 153) ordering defendant Marquis Shawn McKeithen to forfeit his interest in a Sig Sauer (SIG-ARMS), model P320 M17, 9mm pistol, bearing serial number M17-058796; a Taurus, model G3, 9mm pistol, bearing serial number ACA480851; and miscellaneous ammunition.

Publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than

$1,000, and the only potential claimants are the defendants, Le'Arionna Tra Valessence Jordan, and James Kevin Mosley. The government gave notice to the defendants in the indictment (Doc. 21) that it would seek the forfeiture of all proceeds obtained, directly or indirectly, from the indicted offenses, and any firearms and ammunition involved in the commission of the offenses in violation of 18 U.S.C. § 1951(a), and any firearms and ammunition involved in the commission of the offenses in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

On April 12, 2023, notice of this forfeiture was served on Le'Arionna Tra Valessence Jordan. *See* Process Receipt and Return (Doc. 72).  On May 10, 2023, notice of this forfeiture was served on James Kevin Mosley. *See* Process Receipt and Return (Doc. 86). No petition of interest was filed within the required 30-day period. Therefore, any third-party interests are barred for failure to file a timely petition.

The court finds the defendant has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 924, and 28 U.S.C. § 2461, and that the government has established the requisite nexus between the property and such offenses in violation of 18 U.S.C. §§ 1951(a) and 924(c)(1)(A)(ii).

Accordingly, it is hereby ORDERED that the government's motion for a final order of forfeiture (Doc. 189) is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 924, and 28 U.S.C. § 2461: **a Sig Sauer (SIG-ARMS), model P320 M17, 9mm pistol, bearing serial number M17-058796; a Taurus, model G3, 9mm pistol, bearing serial number ACA480851; and miscellaneous ammunition.**

2. All right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

      3.      The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this order.

      4.      The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 3rd day of September, 2024.

/s/  Myron H. Thompson
UNITED STATES DISTRICT JUDGE